IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kenyatta C Williamson<br><br>　　　　　　　　　Debtor(s)<br>Kenyatta C Williamson<br><br>　　　　　　　　　Movant<br>v.<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR SASCO MORTGAGE<br>LOAN TRUST 2006-WF2<br>　　　　　　　　　Respondent | Chapter 13 Proceeding<br><br>20-12842-amc |

**RESPONSE TO**
**DEBTOR'S MOTION TO RECONSIDER ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND TO REINSTATE THE AUTOMATIC STAY**

　　　　AND NOW, comes U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF2 (Respondent) by and through its counsel, POWERS KIRN, LLC and hereby Responds to DEBTOR'S MOTION TO RECONSIDER ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND TO REINSTATE THE AUTOMATIC STAY and avers the following:

1.　　The allegations of this paragraph refer to a written document which speaks for itself.
2.　　The allegations of this paragraph refer to a written document which speaks for itself.
3.　　The allegations of this paragraph refer to a written document which speaks for itself.
4.　　Denied. Respondent lacks knowledge or information sufficient to respond to the allegations of the corresponding paragraph. Strict proof if demanded at the time of hearing.
5.　　The allegations of this paragraph refer to a written document which speaks for itself.
6.　　The allegations of this paragraph refer to a written document which speaks for itself.
7.　　Denied. Respondent lacks knowledge or information sufficient to respond to the allegations of the corresponding paragraph. Strict proof if demanded at the time of hearing.

WHEREFORE, Respondent respectfully requests the Honorable Court ORDER:

DEBTOR'S MOTION TO RECONSIDER ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND TO REINSTATE THE AUTOMATIC STAY relating to the property located at 1017 Minden Lane, Collingdale, PA 19023 is DENIED.

RESPECTFULLY SUBMITTED,
POWERS KIRN, LLC

By: /s/ Karina Velter, Esquire
Jill Manuel-Coughlin, Esquire; ID 63252
Harry B. Reese, Esquire; ID 310501
Karina Velter, Esquire; ID 94781
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: bankruptcy@powerskirn.com
Date: January 30, 2024